**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000324
19-NOV-2021
07:55 AM
Dkt. 186 ODMR**

NO. CAAP-19-0000324

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JW, Plaintiff-Appellant, v.
LW, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 16-1-0008)

ORDER
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Defendant-Appellee's Motion for Reconsideration filed on November 5, 2021, and the records and files herein, IT IS HEREBY ORDERED that:

1. This court's Summary Disposition Order filed on October 28, 2021, shall be corrected at page 17, line 8, in that "child support" is deleted and replaced with "spousal support"; and

2. The Motion for Reconsideration is otherwise denied.

DATED: Honolulu, Hawaiʻi, November 19, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge